# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 111 EM 2016 |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| I. DEAN FULTON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2016, the Motion for Leave to File Petition for Allowance of Appeal in Excess of 9,000 Words is **DENIED**.  Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.